# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 22, 2011

142877

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

ELGIN AUGUSTA FINNIE,
      Defendant-Appellee.

_____/

SC: 142877
COA: 295997
Wayne CC: 09-014274-FH

On order of the Court, the application for leave to appeal the March 29, 2011 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE as moot that part of the Court of Appeals judgment that remands this case to the Wayne Circuit Court to allow the defendant the opportunity to move for withdrawal of his plea or for resentencing. The defendant has successfully completed the eighteen-month sentence imposed under the Holmes Youthful Trainee Act, MCL 762.11 et seq., and the charge has been dismissed. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 22, 2011

_____
Clerk

h0719